**E-FILED: 12/22/10**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Grelia Vegas*, | **CASE NO. CV 10-8731-GHK (AJWx)** |
| **Plaintiff,** | **JUDGMENT** |
| **v.** | |
| *Trans Union LLC, et al.* | |
| **Defendants.** | |

Pursuant to the Court's December 22, 2010 Order, IT IS HEREBY ADJUDGED that Plaintiff Grelia Vegas's ("Plaintiff") claims against Defendant Trans Union LLC, are **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 22, 2010

_____
GEORGE H. KING
United States District Judge